UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE: §
§
Evan Michael & Phebe Ann Rattray § 21-41463-MXM
§
Debtor (s) § Bankruptcy Case No.
§

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is the holder of an assignment from the __ creditor X debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited:

| 1. | Name of Claimant(s) | Dilks & Knopik, LLC as assignee to Evan Michael & Phebe Ann Rattray |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative | Andrew T. Drake – Vice President |
| 3. | Current Mailing Address | 35308 SE Center St, Snoqualmie, WA 98065 |
| 4. | Telephone Number | 425-836-5728 |
| 5. | SS# *(last 4 digits only)* or EIN # | 74-3049851 |
| 6. | Amount Being Claimed | $2,463.55 |

I, Brian J. Dilks, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date: December 15, 2022      Claimant Signature: _____

Subscribed and Sworn to Before Me this 15th day of December, 2022

_____
Notary Public

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

In and for the State of WASHINGTON

My commission expires February 19, 2026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE: §
§
Evan Michael & Phebe Ann Rattray § 21-41463-MXM
§
Debtor (s) § Bankruptcy Case No.
§

## CLAIMANT HISTORY

The original disbursement was not presented for payment within 90 days after issuance because:

Dividends were not collected by the debtor, Evan Michael & Phebe Ann Rattray. Evan Michael & Phebe Ann Rattray have assigned their unclaimed funds to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on 12/15/2022 (Docket # 44).

Claimant certifies under penalty of perjury that all statements made by Claimant in this application and any attachments required for this Application are, to the best of its knowledge, true and correct. Accordingly, Claimant request the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

December 15, 2022
DATE

_____
Andrew T. Drake, Vice President
Dilks & Knopik, LLC
As assignee to Evan Michael & Phebe Ann Rattray
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728
brian.dilks@dilksknopik.com

Subscribed and Sworn to Before Me this 15th day of December, 2022

_____
Notary Public

[Notary Seal: MATTHEW ZETTLEY, NOTARY PUBLIC #197679, STATE OF WASHINGTON, COMMISSION EXPIRES FEBRUARY 19, 2026]

In and for the State of WASHINGTON

My commission expires February 19, 2026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | |
| Evan Michael & Phebe Ann Rattray | § § | 21-41463-MXM |
| Debtor (s) | § § § | Bankruptcy Case No. |

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

US Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: <u>December 15, 2022</u>

_____
Andrew T. Drake
Dilks & Knopik, LLC

## AFFIDAVIT OF
## PHOTO IDENTIFICATION AUTHENTICITY

I, Andrew T. Drake, Vice President of Dilks & Knopik, LLC hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Dated: December 15, 2022

Andrew T. Drake, Vice President
35308 SE Center Street
Snoqualmie, WA 98065
(425) 836-5728

On 1 before me, Andrew T. Drake, personally appeared, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Matthew Zettley, Notary Public
My commission expires: February 19, 2026
Notary in and for the State of Washington

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026



Pam Bassel
**Chapter 13 Standing Trustee**
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: Evan Michael Rattray & Phebe Ann Rattray<br><br>**Debtors** | CASE NO: 21-41463-MXM |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.

Disposition of Case: Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| Evan Michael Rattray & Phebe Ann Rattray<br>8805 Soy Seed Trl<br>Fort Worth, TX  76161 | 11/30/2022 | $2,463.55 |

/s/  Pam Bassel
Standing Chapter 13 Trustee

**NOTICE TO DEBTORS:** IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE **NOT** ENTITLED TO THESE FUNDS.

Go to http://www.txnb.uscourts.gov/unclaimed-funds for the U.S. Bankruptcy Unclaimed Funds Locator.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtors and creditor by U.S. First Class mail and served electronically on the Debtors' attorney, the United States Trustee and any other party who requested notice electronically on December 13, 2022.

/s/  Pam Bassel
Standing Chapter 13 Trustee

Evan Michael Rattray &
Phebe Ann Rattray
8805 Soy Seed Trl
Fort Worth, TX  76161



## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, Andrew T. Drake and Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 5th day of January, 2022.

_____
Brian J Dilks – Member
Date: 1/5/22

Subscribed and sworn to me this 1/5/2022
Notary Signature: Ryan Bell
My Commission Expires: 6/19/2025

_____
Caryn M Dilks f/k/a Caryn M Knopik – Member
Date: 1/5/2022

Subscribed and sworn to me this 1/5/2022
Notary Signature: Ryan Bell
My Commission Expires: 6/19/2025

[Seal: DILKS & KNOPIK LLC LIMITED LIABILITY COMPANY WASHINGTON 2002]

[Notary Seal: RYAN L BELL, COMMISSION EXPIRES 6-19-25, NOTARY PUBLIC 166426, STATE OF WASHINGTON]



**WASHINGTON Secretary of State**
**Corporations & Charities Division**

```
Filed
Secretary of State
State of Washington
Date Filed: 01/05/2022
Effective Date: 01/05/2022
UBI #: 602 211 447
```

# Annual Report

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2023**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**4258365728**

Email:
**DK@DKLLC.COM**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022010500010893 - 1
Received Date: 01/05/2022
Amount Received: $60.00

Street Address:
35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, USA
Mailing Address:

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

## NATURE OF BUSINESS

- OTHER SERVICES
- ANY LAWFUL PURPOSE

## EFFECTIVE DATE

Effective Date:
01/05/2022

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
NO
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
NO
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
NO
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
NO

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **No**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022010500010893 - 1
Received Date: 01/05/2022
Amount Received: $60.00

acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☑ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**BRIAN**

Last Name:
**DILKS**

Title:
**MEMBER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022010500010893 - 1
Received Date: 01/05/2022
Amount Received: $60.00



**Dilks | Knopik**

*When Success Matters*

**Brian Dilks**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 101
Fx. 877-209-8249
brian.dilks@dilksknopik.com

www.dilksknopik.com





**Dilks | Knopik**

*When Success Matters*

**Caryn Knopik**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com





**Dilks | Knopik**

*When Success Matters*

**Jeff Hudspeth**
Vice President - Accounts

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 104
Fx. 877-209-8249
jeff.hudspeth@dilksknopik.com

www.dilksknopik.com





**Dilks | Knopik**

*When Success Matters*

**Andrew Drake**
Vice President - Operations

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 123
Fx. 877-209-8249
andrew.drake@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003 — ACCREDITED BUSINESS

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re   Evan Michael & Phebe Ann Rattray   ,   Case No.   21-41463-MXM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Evan Michael & Phebe Ann Rattray |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):   Debtor Refund
Amount of Claim:
Date Claim Filed:

Phone:   425-836-5728
Last Four Digits of Acct #:

Phone:   719-208-9692
Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Brian J Dilks - President         Date:   12/15/2022
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[Notary stamp: MATTHEW ZETTLEY, NOTARY PUBLIC #197679, STATE OF WASHINGTON, COMMISSION EXPIRES FEBRUARY 19, 2026]

On this 15th day of December, 2022, I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley – Notary Public
My commission expires: February 19, 2026

# Dilks & Knopik

## Assignment Agreement

This Assignment Agreement (the "Agreement") is entered into as of December 14, 2022 (the "Effective Date") by and between **Dilks & Knopik, LLC**, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Evan Michael & Phebe Ann Rattray with an address of 8805 Soy Seed Trail, Fort Worth TX 76161 (the "Assignor").

1. Assignor is/was a debtor in the case (21-41463-MXM) as filed in the Northern District of Texas (the "Case"). As a debtor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $2,463.55 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. **Assets Assigned:** The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. **Consideration:** The consideration herein given by Assignee to Assignor shall be the sum **$1,724.48** which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount prior to the claim/application/motion is submitted to court. In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.

5. **Assignor Warranty.** Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned asset or assigned rights, that Assignor has not sold or assigned, and shall not sell or further assign the rights, in whole or in part, herein assigned to Assignee to any other third party; and that Assignor shall cooperate with Assignee by providing or executing any additional information or document(s), without delay, deemed necessary for the recovery of the assigned Funds by Assignee, failure to do so shall be a breach of this Agreement.

6. **Power of Attorney:** To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

7. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____
Evan Michael Rattray

Assignee: _____
Dilks & Knopik, LLC
Andrew T. Drake – Vice President

Assignor: _____
Phebe Ann Rattray



## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Evan Michael & Phebe Ann Rattray ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds.

The Assigned funds:

Debtor: Evan Michael & Phebe Ann Rattray
Court: United States Bankruptcy Court - Northern District of Texas
Case Number: 21-41463-MXM
Chapter: 13
Unclaimed Amount: $2,463.55

FUNDS ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Wednesday, December 14, 2022.

Evan Michael Rattray

_____
Signature

Phebe Ann Rattray

_____
Signature





Address Proof
Current Address

Address Proof
Of Record

Photo ID